UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID JOHNSON,

                Plaintiff,                              CIV. S-02-2152-DAD

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

                Defendant.
_____/

DAVID JOHNSON,

                Plaintiff,                              CIV. S-05-1254-PAN (JFM)

    v.

JO ANNE B. BARNHART, Commissioner of Social Security,

                Defendant.
_____/          NON-RELATED CASE ORDER

////

1 The court has received the Notice of Related Cases concerning the above-captioned cases filed October 18, 2005, See Local Rule 83-123, E.D. Cal. The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so. This order is issued for informational purposes only and shall have no effect on the status of the cases.

Dated: May 11, 2006.

_____
UNITED STATES MAGISTRATE JUDGE